UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY 14 2004
CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

| | |
|---|---|
| In re: FOCUS MEDIA INC.,<br><br>Debtor.<br>------------------------<br><br>GEOFFREY C. MOUSSEAU,<br><br>Appellant,<br><br>v.<br><br>JOHN P. PRINGLE, Interim Trustee,<br><br>Appellee. | No. 03-57160<br><br>SA<br>D.C. No. CV-03-01328-AHS<br>Central District of California,<br>Santa Ana<br><br>ORDER |



On February 12, 2004, this court ordered appellant to pay the filing fees within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court. On April 1, 2004, the court sua sponte granted appellant an additional 21 days to comply with its order and ordered the Clerk to serve appellant at his current address. To date, appellant has not paid the fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Armand Roth
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\05_04\ar\03-57160.wpd